OPINION — AG — IT WOULD BE A LEGAL EXPENDITURE BY A LOCAL SCHOOL BOARD OF EDUCATION OF PAY THE $50.00 AS A CONTRIBUTION TOWARD THE OPERATIONAL COST OF THE NATIONAL SCIENCE FOUNDATION INSTITUTE FOR ELEMENTARY ARITHMETIC TEACHERS AND SUPERVISORS WHICH IS TO BE HELD AT ONE OF OUR STATE COLLEGES. CITE: 70 O.S. 1961, 4-22 [70-4-22], 70 O.S. 1961, 1-1 [70-1-1] (W. J. MONROE)